**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JAMES DALTON BELL,

Defendant - Appellant.

No. 10-30216

D.C. No. 3:00-cr-05731-RBL

MEMORANDUM[*]

Appeal from the United States District Court
for the Western District of Washington
Ronald B. Leighton, District Judge, Presiding

Submitted May 24, 2011[**]

Before:     PREGERSON, THOMAS, and PAEZ, Circuit Judges.

James Dalton Bell contends that the 24-month sentence imposed upon

revocation of supervised release violated his rights to due process and a jury trial.

We dismiss.

We will not review the merits of Bell's contentions because the

_____

[*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

"interlocutory notice of appeal" ("NOA") does not mention the sentence, which was imposed six days after the NOA was filed, and no subsequent NOA was ever filed. *See* Fed. R. App. P. 3(c)(1)(B); 4(b)(1)(A) and (b)(2).

**DISMISSED.**